448 A.2d 1188

Commonwealth v. Perry, Appellant.

Submitted December 8, 1981.
Elaine DeMasse, Assistant Public Defender, for appellant;
Mary Ann Cox, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

448 A.2d 1188

Commonwealth v. Redcay, Appellant.

Submitted November 16, 1981. Charles P. Buchanio, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

Order affirmed.